# EXHIBIT B

HOME    NEWS    PORTAL    CONTACT

# FERRUM FERRO CAPITAL, LLC

INNOVATION | APPLICATION | MONETIZATION

Ferrum Ferro Capital, LLC is a privately-held venture focused on innovation, application, and monetization.

HOME     NEWS     PORTAL     CONTACT

# FERRUM FERRO CAPITAL, LLC

INNOVATION | APPLICATION | MONETIZATION

Please check back soon for updates.



HOME     NEWS     PORTAL     CONTACT

# FERRUM FERRO CAPITAL, LLC

INNOVATION | APPLICATION | MONETIZATION

Contact Ferrum Ferro Capital, LLC via the form below:

Name *

First Name                                    Last Name

Email Address *

Phone

Country        (###)        ###        ####

Subject *

Message *

