# EXHIBIT C

Case 8:15-cv-00992-JAK-PLA   Document 1-3   Filed 06/19/15   Page 2 of 6   Page ID #:30

HOME    NEWS    PORTAL    CONTACT

# HYACINTH SLOOP CAPITAL, LLC

INNOVATION | APPLICATION | MONETIZATION

---

Hyacinth Sloop Capital, LLC is a privately-held venture focused on innovation, application, and monetization.

Ex. C - Page 9

Case 8:15-cv-00992-JAK-PLA   Document 1-3   Filed 06/19/15   Page 3 of 6   Page ID #:31

HOME   NEWS   PORTAL   CONTACT

# HYACINTH SLOOP CAPITAL, LLC

INNOVATION | APPLICATION | MONETIZATION

## Please check back soon for updates.

September 17, 2014  /  Editor

&   "   #

Comment  /  0 Likes

Ex. C - Page 10



HOME     NEWS     PORTAL     CONTACT

# HYACINTH SLOOP CAPITAL, LLC

INNOVATION | APPLICATION | MONETIZATION

**Contact Hyacinth Sloop Capital, LLC via the form below:**

Name *

First Name                                             Last Name

Phone

Country     (###)          ###         ####

Email Address *

Subject *

Message *

