# EXHIBIT E

Next Page | Export Data | Import Data | Reset Form

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Food and Drug Administration
**APPLICATION TO MARKET A NEW OR ABBREVIATED NEW DRUG OR BIOLOGIC FOR HUMAN USE**
(Title 21, Code of Federal Regulations, Parts 314 & 601)

Form Approved: OMB No. 0910-0338
Expiration Date: December 31, 2017
See PRA Statement on page 3.

1. Date of Submission (mm/dd/yyyy)
03/XX/2015

**APPLICANT INFORMATION**

2. Name of Applicant
Ferrum Ferro Capital, LLC

3. Telephone Number (Include country code if applicable and area code)
1.302.514.0050

4. Facsimile (FAX) Number (Include country code if applicable and area code)
1.509.351.7892

5. Applicant Address

Address 1 (Street address, P.O. box, company name c/o)
717 N. Union Street, #78

Address 2 (Apartment, suite, unit, building, floor, etc.)

City: Wilmington
State/Province/Region: DE
Country: United States of America
ZIP or Postal Code: 19805-3031

Email Address: kb@ferrumferro.com

U.S. License Number if previously issued

6. Authorized U.S. Agent (Required for non-U.S. applicants)

Authorized U.S. Agent Name
Address 1 (Street address, P.O. box, company name c/o)
Address 2 (Apartment, suite, unit, building, floor, etc.)
City
State
ZIP Code

Telephone Number (Include area code)
FAX Number (Include area code)
Email Address

**PRODUCT DESCRIPTION**

7. NDA, ANDA, or BLA Application Number
208338

8. Supplement Number (If applicable)

9. Established Name (e.g., proper name, USP/USAN name)
Brimonidine Tartrate and Timolol Maleate Ophthalmic Solution

10. Proprietary Name (Trade Name) (If any)
Combivious

11. Chemical/Biochemical/Blood Product Name (If any)

12. Dosage Form
Solution/Drops

13. Strengths
0.2%;EQ 0.5% Base

14. Route of Administration
Opthalmic

15. Proposed Indication for Use
Combivious (brimonidine tartrate/timolol maleate ophthalmic solution) 0.2%/0.5% will be an alpha-adrenergic receptor agonist with a beta-adrenergic receptor inhibitor indicated for the reduction of elevated intraocular pressure (IOP) in patients with glaucoma or ocular hypertension who require adjunctive or replacement therapy due to inadequately controlled IOP.

Is this indication for a rare disease (prevalence <200,000 in U.S.)? ☐ Yes ☑ No

Does this product have an FDA Orphan Designation for this indication? ☐ Yes ☑ No

If yes, provide the Orphan Designation number for this indication:

Contin. Page for #15

**APPLICATION INFORMATION**

16. Application Type (Select one)
☐ New Drug Application (NDA)
☐ Biologics License Application (BLA)
☑ Abbreviated New Drug Application (ANDA)

17. If an NDA, identify the type ☐ 505 (b)(1) ☐ 505 (b)(2)

18. If a BLA, identify the type ☐ 351 (a) ☐ 351 (k)

19. If a 351(k), identify the biological reference product that is the basis for the submission.
Name of Biologic: _____ Holder of Licensed Application: _____

20. If an ANDA, or 505(b)(2), identify the listed drug product that is the basis for the submission.
Name of Drug: Combigan    Application Number of Relied Upon Product: N021398

Indicate Patent Certification(s): ☐ P1 ☐ P2 ☑ P3 ☐ P4 ☐ Section viii - MOU ☐ Statement of no relevant patents

21. Submission (Select one) ☑ Original ☐ Labeling Supplement ☐ CMC Supplement ☐ Efficacy Supplement ☐ Annual Report
☐ Product Correspondence ☐ REMS Supplement ☐ Postmarketing Requirements or Commitments ☐ Periodic Safety Report
☐ Other (Specify): _____

FORM FDA 356h (12/14)    Page 1 of 3    PSC Publishing Services (301) 443-6740   EF