Michael A. Amon (SBN 226221)
amon@fr.com
FISH & RICHARDSON P.C.
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: (213) 533-4240/Fax: (877) 417-2378

Jonathan E. Singer (SBN 187908)
singer@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Tel: (858) 678-5070/Fax: (858) 678-5099

John M. Farrell (SBN 99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Tel: (858) 678-5070/Fax: (858) 678-5099

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN SALES, LLC
(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FERRUM FERRO CAPITAL, LLC; KEVIN BARNES,<br><br>Defendants. | Case No.<br><br>**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

1  Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Allergan, Inc. and Allergan Sales,
2  LLC (collectively, "Allergan") submit the following corporate disclosure statement:
3  Allergan Sales, LLC is a nongovernmental corporate party in the above-titled
4  action.  As the corporate parent of Allergan Sales, LLC, Allergan, Inc. has more than
5  10% ownership interest in Allergan Sales, LLC.
6  Allergan, Inc. is a nongovernmental corporate party in the above-titled action.
7  As the corporate parent of Allergan Inc., Allergan plc has more than 10% ownership
8  interest in Allergan, Inc.
9  No publicly held corporation owns 10% or more of Allergan plc.

Dated:  June 19, 2015        Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Michael A. Amon*

Michael A. Amon
amon@fr.com
FISH & RICHARDSON P.C.
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel:  (213) 533-4240/Fax: (877) 417-2378

| | |
|---|---|
| 1 | Jonathan Singer |
| 2 | singer@fr.com<br>FISH & RICHARDSON P.C. |
| 3 | 12390 El Camino Real<br>San Diego, CA 92130 |
| 4 | Tel.: (858) 678-5070/ Fax: (858) 678-5099 |
| 5 | John M. Farrell (SBN 99649)<br>farrell@fr.com |
| 6 | FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500 |
| 7 | Redwood City, California 94063<br>Tel: (858) 678-5070/Fax: (858) 678-5099 |
| 8 | William B. Mateja (To be admitted *Pro Hac Vice*) |
| 9 | mateja@fr.com<br>FISH & RICHARDSON P.C. |
| 10 | 1717 Main Street, Suite 5000<br>Dallas, Texas 75201 |
| 11 | Tel: (214) 747-5070/Fax: (214) 747-2091 |
| 12 | Susan M. Coletti (To be admitted *Pro Hac Vice*)<br>coletti@fr.com |
| 13 | FISH & RICHARDSON P.C.<br>222 Delaware Ave., 17th Floor |
| 14 | PO Box 1114<br>Wilmington, Delaware 19801 |
| 15 | Tel: (302) 652-5070 |
| 16 | Attorneys for Plaintiff Allergan, Inc., and Allergan Sales, LLC |

2

**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Case No.