NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael A. Amon (SBN 226221) amon@fr.com
FISH & RICHARDSON P.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Tel: (213) 533-4240/Fax: (877) 417-2378

ATTORNEY(S) FOR: ALLERGAN, INC., ALLERGAN SALES, LLC,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALLERGAN, INC., ALLERGAN SALES, LLC, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2015-cv-00992 |
| v. | |
| FERRUM FERRO CAPITAL, LLC; KEVIN BARNES, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ALLERGAN, INC., ALLERGAN SALES, LLC, or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Allergan plc | Stockholders Holding Interest of 10% or Greater |

6/19/2015
Date

/s/ Michael A. Amon
Signature

Attorney of record for (or name of party appearing in pro per):

Michael A. Amon (SBN 226221)