# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. | |
| DEFENDANT(S) | **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of scanned document: _____

Filed date: _____   Document Number(s): _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected.  The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from   ☐ Judge ☐ Magistrate Judge _____ to
☐ Judge ☐ Magistrate Judge _____ . The initials of the new judge(s) are: _____

☐ Case was assigned to   ☐ Western ☐ Southern ☐ Eastern   division. Pursuant to General Order 14-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern   division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from   _____ to _____

☐ Document has been re-numbered as document number   _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document. The correct date is   _____ .

☐ Document is missing page number(s):   _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials:   _____

☐ Other:

CLERK, U.S. DISTRICT COURT

Date: _____   By: _____
                             Deputy Clerk

G-11 (06/14)                   NOTICE OF CLERICAL ERROR