**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| ALLERGAN, INC., et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | SA CV 15-00992 FMO (PLAx) |
| FERRUM FERRO CAPITAL, LLC, et al., | **ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM** |
| DEFENDANT(S). | |

IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

June 23, 2015                                                                  /s/  Fernando M. Olguin
_____                                                   _____
Date                                                                  United States District Judge / ~~Magistrate Judge~~


**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge   John A. Kronstadt   for all further proceedings.  On all documents subsequently filed in this case, please substitute the initials   JAK   after the case number, so that the case number will read   SACV15-00992 JAK (PLAx)  .  This is very important because documents are routed to the assigned judge by means of these initials.

cc:  ☑ *Previous Judge*

CV-128 (04/14)                       ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM