Name and address:
William B. Mateja
mateja@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 Telephone
(214) 747-2091 Facsimile

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALLERGAN, INC., ALLERGAN SALES, LLC,

Plaintiff(s)

v.

FERRUM FERRO CAPITAL, LLC; KEVIN BARNES,

Defendant(s).

CASE NUMBER

SA CV 15-00992 JAK (PLAx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mateja, William B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

214-747-5070
*Telephone Number*

214-747-2091
*Fax Number*

mateja@fr.com
*E-Mail Address*

of

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

ALLERGAN, INC.

ALLERGAN SALES, LLC

*Name(s) of Party(ies) Represented*

[X] Plaintiff  [ ] Defendant  [ ] Other: _____

**and designating as Local Counsel**

Michael A. Amon
*Designee's Name (Last Name, First Name & Middle Initial)*

226221
*Designee's Cal. Bar Number*

213-533-4240
*Telephone Number*

877-417-2378
*Fax Number*

of

FISH & RICHARDSON P.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013

*Firm Name & Address*

amon@fr.com
*E-Mail Address*

**hereby ORDERS the Application be:**

[ ] **GRANTED.**

[X] **DENIED** without prejudice to an amended application being filed no later than July 14, 2015, which

[ ] complies with the Deficiency. Dkt. 16. If an amended application is not filed timely, the Clerk shall return the fees to counsel.

Dated  June 30, 2015

John A. Kronstadt
**U.S. District Judge**/~~U.S. Magistrate Judge~~

G–64 ORDER (06/13)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  Page 1 of 1