# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN INC., et al.,<br><br>PLAINTIFF(S)<br>v.<br>FERRUM FERRO CAPITAL LLC., et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:15-cv-00992 JAK (PLAx)<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 6/29/2015 | 15 | Proof of Service (Subsequent Documents) |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by July 5, 2015 .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

    The document is accepted as filed. Counsel shall take notice of the CM/ECF procedures. Any future document will be stricken for failure to follow procedures.

Clerk, U.S. District Court

Dated: 7/2/2015

By: Charles A. Rojas 213-894-3062
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge