| Attorney or Party without Attorney:<br>MICHAEL A. AMON, ESQ., SBN 226221<br>FISH & RICHARDSON P.C.<br>12390 EL CAMINO REAL<br>SAN DIEGO, CA  92130<br>Telephone No: 858-678-5070    FAX No: 858-678-5099<br><br>Ref. No. or File No.:<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Central District Of California

Plaintiff: ALLERGAN INC., ET AL.
Defendant: FERRUM FERRO CAPITAL, LLC, ET AL.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:15-CV-00992 FMO (PLAX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action (X 2); Complaint; Civil Cover Sheet; Notice Of Assignment To United States Judges; Notice Of Clerical Error; Notice To Parties Of Court-Directed Adr Program; Notice To Parties: Court Policy On Settlement And Use Of Alternative Dispute Resolution (Adr); Order To Transfer Patent Case To The Patent Pilot Program; Standiing Orders For Civil Cases Assigned To Judge John A. Kronstadt; Plaintiffs' Rule 7.1 Corporate Disclosure Statement; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark.

3. a. Party served: KEVIN BARNES C/O MARC RANDAZZA; RANDAZZA LEGAL GROUP
   b. Person served: TREY ROTHELL, PARALEGAL, RADAZZA LEGAL GROUP, AUTHORIZED TO ACCEPT

4. Address where the party was served: 3625 SOUTH TOWN CENTER DRIVE
   LAS VEGAS, NV  89135

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jun. 29, 2015 (2) at: 4:03PM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DEANNE  BELTRAN       d. The Fee for Service was: $572.94

   First Legal
   600 W. Santa Ana Boulevard, Suite 101
   Santa Ana, CA 92701
   Telephone    (714) 541-1110
   FAX          (714) 541-8182
   www.firstlegalnetwork.com

   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Jul. 06, 2015

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007    PROOF OF SERVICE    (DEANNE BELTRAN)    619320  fisri.712515