| | |
|---|---|
| 1 | Michael A. Amon (SBN 226221) |
| 2 | amon@fr.com |
|   | FISH & RICHARDSON P.C. |
| 3 | 555 West Fifth Street, 31st Floor |
|   | Los Angeles, California 90013 |
| 4 | Tel: (213) 533-4240 |
|   | Fax: (877) 417-2378 |
| 5 | |
|   | Attorneys for Plaintiffs |
| 6 | ALLERGAN, INC. and ALLERGAN |
|   | SALES, LLC |
| 7 | (Additional counsel listed on signature page) |
| 8 | |
|   | D. Gill Sperlein (SBN 172887) |
| 9 | dgs@randazza.com |
|   | Randazza Legal Group |
| 10 | 345 Grove Street |
|   | San Francisco, CA 94102 |
| 11 | Tel: (702) 420-2001 |
|   | Fax: (305) 437-7662 |
| 12 | |
|   | Attorneys for Defendants |
| 13 | Ferrum Ferro Capital, LLC and Kevin Barnes |
| 14 | (Additional counsel listed on signature page) |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FERRUM FERRO CAPITAL, LLC; KEVIN BARNES, <br><br> Defendants. | Case No. SACV 15-00992 JAK (PLAx) <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint Served: June 24 and June 29, 2015 <br> Current Response Dates: July 15 and July 20, 2015 <br> New Response Date: August 10, 2015 <br> Complaint Filed: June 19, 2015 <br> Judge: Hon. John A. Kronstadt |

1  On June 19, 2015, Plaintiffs Allergan, Inc. and Allergan Sales, LLC (collectively, "Allergan") filed suit against Defendants Ferrum Ferro Capital, LLC ("FFC") and Kevin Barnes ("Barnes") (collectively "Defendants") in the United States District Court for the Central District of California alleging, *inter alia*, attempted civil extortion, unfair competition, and malicious prosecution.

On June 24, 2015, Allergan served the complaint on Defendant FFC.

On June 28, 2015, Defendant Barnes's undersigned counsel agreed to accept service of the complaint on behalf of Defendant Barnes. On June 29, 2015, Allergan served the complaint on Mr. Barnes's undersigned counsel.[1]

The deadline for FFC to answer or otherwise respond to the complaint is currently July 15, 2015. The deadline for Barnes to answer or otherwise respond to the complaint is currently July 20, 2015.

The Parties hereby stipulate to extend until August 10, 2015, the time for Defendants to answer or otherwise respond to complaint.

**SO STIPULATED.**

Dated:  July 6, 2015         Respectfully Submitted
                             FISH & RICHARDSON P.C.

                             By: */s/ Michael A. Amon*
                             Michael A. Amon (SBN 226221)
                             amon@fr.com
                             FISH & RICHARDSON P.C.
                             555 West Fifth Street, 31st Floor
                             Los Angeles, California 90013
                             Tel:  (213) 533-4240/Fax: (877) 417-2378

---

[1] Randazza Legal Group is representing both Defendants FFC and Mr. Barnes in this litigation.

|   |   |
|---|---|
| 1 | Jonathan Singer (SBN 187908) |
| 2 | singer@fr.com |
|   | FISH & RICHARDSON P.C. |
| 3 | 12390 El Camino Real |
|   | San Diego, CA 92130 |
| 4 | Tel.: (858) 678-5070/ Fax: (858) 678-5099 |
| 5 |   |
|   | John M. Farrell (SBN 99649) |
| 6 | farrell@fr.com |
| 7 | FISH & RICHARDSON P.C. |
|   | 500 Arguello Street, Suite 500 |
| 8 | Redwood City, California  94063 |
| 9 | Tel:  (858) 678-5070/Fax:  (858) 678-5099 |
| 10 |   |
|   | William B. Mateja (To be admitted *Pro Hac Vice*) |
| 11 | mateja@fr.com |
| 12 | FISH & RICHARDSON P.C. |
|   | 1717 Main Street, Suite 5000 |
| 13 | Dallas, Texas 75201 |
| 14 | Tel: (214) 747-5070/Fax: (214) 747-2091 |
| 15 | Susan M. Coletti (To be admitted *Pro Hac Vice*) |
|   | coletti@fr.com |
| 16 | FISH & RICHARDSON P.C. |
| 17 | 222 Delaware Ave., 17th Floor |
|   | PO Box 1114 |
| 18 | Wilmington, Delaware 19801 |
| 19 | Tel: (302) 652-5070 |
| 20 |   |
|   | Attorneys for Plaintiff Allergan, Inc., and |
| 21 | Allergan Sales, LLC |
| 22 | Dated:  July 6, 2015            Respectfully Submitted |
| 23 |   |
|   | By:  */s/ D. Gill Sperlein* |
| 24 | D. Gill Sperlein (SBN 172887) |
| 25 | dgs@randazza.com |
|   | Randazza Legal Group |
| 26 | 345 Grove Street |
| 27 | San Francisco, CA  94102 |
|   | Tel: (702) 420-2001/Fax: (305) 437-7662 |
| 28 |   |

2
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT
Case No. SA CV 15-00992 FMO (PLAx)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Marc John Randazza (SBN 269535)
mjr@randazza.com
Randazza Legal Group
3625 South Town Center Drive
Las Vegas, NV 89135
Tel: (702) 420-2001/(305) 437-7662

Attorney for Defendants Ferrum Ferro
Capital, LLC and Kevin Barnes

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 6, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.2.2. Any other counsel of record will be served by electronic mail.

The following individuals have been served additionally via electronic mail:

D. Gill Sperlein (dgs@randazza.com)
Randazza Legal Group
345 Grove Street
San Francisco, CA  94102
Tel: (702) 420-2001/Fax: (305) 437-7662

Marc John Randazza (mjr@randazza.com)
Randazza Legal Group
3625 South Town Center Drive
Las Vegas, NV 89135
Tel: 702-420-2001
Attorney for Defendants
Ferrum Ferro Capital, LLC and Kevin Barnes

> */s/ Michael A. Amon*
> Michael A. Amon (SBN 226221)