Name and address:
William B. Mateja (Texas SBN 13185350)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 Telephone
(214) 747-2091 Facsimile
mateja@fr.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC, <br><br> Plaintiff(s) <br> v. <br> FERRUM FERRO CAPITAL, LLC; KEVIN BARNES, <br><br> Defendant(s). | CASE NUMBER <br><br> SA CV 15-00992 JAK (PLAx) <br><br> (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mateja, William B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
*Firm Name & Address*

214-747-5070
*Telephone Number*

214-747-2091
*Fax Number*

mateja@fr.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

ALLERGAN, INC.
ALLERGAN SALES, LLC
*Name(s) of Party(ies) Represented*

☒ Plaintiff  ☐ Defendant  ☐ Other: _____

and designating as Local Counsel

Michael A. Amon
*Designee's Name (Last Name, First Name & Middle Initial)*

of FISH & RICHARDSON P.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
*Firm Name & Address*

226221
*Designee's Cal. Bar Number*

213-533-4240
*Telephone Number*

877-417-2378
*Fax Number*

amon@fr.com
*E-Mail Address*

hereby ORDERS the Application be:

☐ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED,** for failure to pay the required fee.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1