Name and address:
William B. Mateja (Texas SBN 13185350)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 Telephone
(214) 747-2091 Facsimile
mateja@fr.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALLERGAN, INC., ALLERGAN SALES, LLC,

Plaintiff(s)

v.

FERRUM FERRO CAPITAL, LLC; KEVIN BARNES,

Defendant(s).

**CASE NUMBER**

SA CV 15-00992 JAK (PLAx)

**(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE***
(Dkt. 17, 22)

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mateja, William B.

*Applicant's Name (Last Name, First Name & Middle Initial)*

214-747-5070                    214-747-2091

*Telephone Number*          *Fax Number*

mateja@fr.com

*E-Mail Address*

of

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

ALLERGAN, INC.

ALLERGAN SALES, LLC

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other:*

**and designating as Local Counsel**

Michael A. Amon

*Designee's Name (Last Name, First Name & Middle Initial)*

226221                    213-533-4240

*Designee's Cal. Bar Number*   *Telephone Number*

877-417-2378

*Fax Number*

of

FISH & RICHARDSON P.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013

*Firm Name & Address*

amon@fr.com

*E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED.**

☐ **DENIED.  Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

Dated   July 14, 2015

John A. Kronstadt

**U.S. District Judge/~~U.S. Magistrate Judge~~**