Name and address:
Susan M. Coletti (DE #4690)
coletti@fr.com
FISH & RICHARDSON P.C.
222 Delaware Ave., 17th Floor
Wilmington, Delaware 19801

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC, | CASE NUMBER |
| | SA CV 15-00992 (JAK) (PLAx) |
| Plaintiff(s) | |
| v. | |
| FERRUM FERRO CAPITAL, LLC; KEVIN BARNES, | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Coletti, Susan Morrison                                 of

*Applicant's Name (Last Name, First Name & Middle Initial)*

302-778-8434                        302-652-0607

*Telephone Number*          *Fax Number*

coletti@fr.com

*E-Mail Address*

Fish & Richardson P.C.
222 Delaware Ave, 17th Floor
Wilmington, DE  19801

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Allergan, Inc. and Allergan Sales, LLC

*Name(s) of Party(ies) Represented*        ☒ Plaintiff    ☐ Defendant    ☐ Other:

**and designating as Local Counsel**

Amon, Michael A.                                 of

*Designee's Name (Last Name, First Name & Middle Initial)*

226221                        213-533-4240

*Designee's Cal. Bar Number*    *Telephone Number*

877-417-2378

*Fax Number*

Fish & Richardson P.C.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013

*Firm Name & Address*

amon@fr.com

*E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED.**

☐ **DENIED.  Fee shall be returned by the Clerk.**

☐ **DENIED, for failure to pay the required fee.**

**Dated**  August 4, 2015

John A. Kronstadt

**U.S. District Judge/U.S. Magistrate Judge**