# **EXHIBIT A**

Email Correspondence from Patent Trial and Appeal Board dated June 15, 2015 Denying Allergan's Request for Authorization to File a Motion for Sanctions

**From:** Vignone, Maria [mailto:Maria.Vignone@USPTO.GOV] **On Behalf Of** Trials
**Sent:** Monday, June 15, 2015 2:46 PM
**To:** Dorothy Whelan; Trials
**Cc:** Amir Naini; IPR13351-0032IP1; Jonathan Singer; Michael Kane
**Subject:** RE: IPR2015-00858

Counsel:  The panel declines to have a call or authorize a motion for sanctions as presented in the e-mail below.  It is premature for the panel to address whether the petition has no objectively reasonable basis.  Patent Owner may present arguments as it wishes in its preliminary response, however, if it is inclined to file one.  After the panel has issued a decision on institution, patent owner may renew its request regarding a motion for sanctions, assuming such a request is appropriate at that time.

Thank you,

Maria Vignone
Paralegal Operations Manager
Patent Trial and Appeal Board
571-272-4645

---

**From:** Dorothy Whelan [mailto:whelan@fr.com]
**Sent:** Monday, June 15, 2015 11:38 AM
**To:** Trials
**Cc:** Amir Naini; IPR13351-0032IP1; Jonathan Singer; Michael Kane
**Subject:** IPR2015-00858


Dear Board:

Patent owner, Allergan, Inc., requests a conference call for the purpose of obtaining authorization to file a motion for sanctions against Petitioner.  The basis for the motion is abuse of process.  Specifically, there is no objectively reasonable basis for the petition.  The only reason for filing it was to extract a settlement from Allergan.  With respect to relief, Patent Owner requests that the Board to dismiss the petition and award attorney fees.

Counsel for both parties are available for a call as follows:  Monday, 6/15 and Tuesday, 6/16:  after 1 PM EDT.  Thursday, 6/18:  after 12:30 PM EDT.

Thank you for your consideration.


**Dorothy Whelan** :: Principal

Fish & Richardson P.C.
+1-612-337-2509 direct :: whelan@fr.com

fr.com


```
****************************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
****************************************************************************************
************************
```