# **EXHIBIT B**

LinkedIn Page:

Peter Pitts

*<https://www.linkedin.com/pub/peter-pitts/1/301/153>*

| | Search for people, jobs, companies, and more... | 🔍 Advanced | ¹ |  | ¹ | |

Home · Profile · Connections · Jobs · Interests     Business Services · Try Premium for free



# Peter Pitts    3rd
Executive Partner at YourEncore

Greater New York City Area | Health, Wellness and Fitness

| | |
|---|---|
| Current | YourEncore, Center for Medicine in the Public Interest, Adherent Health, LLC. |
| Previous | Porter Novelli, Manning, Selvage & Lee, FDA |
| Education | McGill University |

[Connect]  [Send Peter InMail]  ▼     **500+** connections

https://www.linkedin.com/pub/peter-pitts/1/301/153

Background

 Summary

Peter Pitts is President of the Center for Medicine in the Public Interest and Chief Regulatory Officer at Adherent Health Strategies. A former member of the United States Senior Executive Service, Peter was FDA's Associate Commissioner for External Relations, serving as senior communications and policy adviser to the Commissioner. He supervised FDA's Office of Public Affairs, Office of the Ombudsman, Office of Special Health Issues, Office of Executive Secretariat, and Advisory Committee Oversight and Management. He served on the agency's obesity working group and counterfeit drug taskforce and is a Special Government Employee (SGE) consultant to the FDA's Risk Communications Advisory Committee. He is also a Adjunct Scholar at the Washington Policy Center.

Specific areas of global policy expertise include FDA policy and process, healthcare technology assessment and reimbursement issues, biosimilar development, Rx-to-OTC switching, risk management plans, GMP policies, pharmacy education programs, drug safety, DTC/ItP, Critical Path, personalized medicine, clinical trial transparency, IP protection, FDA reform, drug importation, counterfeiting, genetically modified food issues, food safety and security, recalls, nutritional labeling.

 Experience

### Executive Partner
YourEncore    
2015 – Present (less than a year) | New York City

### President
Center for Medicine in the Public Interest
June 2004 – Present (11 years 2 months) | New York City

Created new public policy institute (initially within the Pacific Research Institute and then as an independent entity) to focus on global health care policy. Specific areas of global policy expertise include drug safety, reimbursement policy, EBM/HST, DTC/ItP, Critical Path, Personalized Medicine, Clinical Trial Transparency, IP Protection, FDA Reform, Drug Importation, Counterfeiting. Founded drugwonks.com in January 2006, now the leading health care blog devoted to the above-mentioned issues. 100,000 page views per month.

Author/Editor of "Coincidence or Crisis," a study of prescription drug counterfeiting in the EU, the US and LDCs, "Prescription for Progress," a report on the FDA's Critical Path initiative, as well as numerous articles and commentaries in publications ranging from Health Affairs, The New York Times, The Washington Post, The Wall Street Journal (US and European editions), BBC World Service, The Financial Times, The Boston Globe, The Washington Times, The Los Angeles Times, The San Francisco Chronicle, The Baltimore Sun, The Chicago Tribune, The Chicago Sun-Times, Barron's, Commentary, Investors Business Daily, The NewsHour with Jim Lehrer, all major television and radio networks, CSPAN, and major pharmaceutical publications.

### People Also Viewed

 **Rob Dhoble**
CEO of Adherent Health, LLC.

 **Steven Grossman**
Public policy and FDA regulatory consultant

 **Tim Franson, M.D.**
Chief Medical Officer at YourEncore

 **Donald Therasse, M.D.**
Executive Partner, YourEncore

 **Joseph Lamendola, PhD**
Proven Regulatory Global Leader across multiple therapeutic areas with a record of numerous key approvals

 **John Kamp**
Executive Director at Coalition for Healthcare Communication

 **Asad Mannan**
Adjunct EMT Practical Skills Instructor at Cuny Medgar Evers

 **Robert Goldberg**
Vice President, Center for Medicine In The Public Interest

 **Wanda Moebius**
Executive Vice President, Public Affairs at AdvaMed

 **William Looney**
Editor in Chief at Pharmaceutical Executive Magazine

### How You're Connected

 You

 Fred Leonhardt

 Stephanie Wels

 Jay Galbraith

Your connections can introduce you to someone who knows Peter



Peter Pitts

Regular speaker and panelist at US, EU, and Asian health care policy conferences, and a Visiting Fellow at the Centre for the New Europe (Brussels). Frequent government testimony

▸ 1 project

### Chief Regulatory Officer
Adherent Health, LLC.
January 2013 – Present (2 years 7 months)

Adherent Health is the home of the Mobile Health Library (MHL), a HIPAA-secure, app-based safe use and health outcomes support system. MHL is designed for patient and physician education, engagement, and compliant actions to achieve greater healthcare adherence.

### Patner/Director Global Health
Porter Novelli
2009 – July 2011 (2 years) | New York City

Global lead for senior level consulting on food/pharmaceutical/device/diagnostics regulatory issues and health policy development/health reform initiatives on the US and EU levels. Lead for Omnicom's global "healthcare marketing reform" initiative.

### Senior Vice President
Manning, Selvage & Lee
January 2005 – March 2009 (4 years 3 months) | New York City

Serves as MS&L's lead advisor and counselor on global health care and related public policy issues. Manages global policy practice (based in Washington, DC with hub offices in New York, London, Brussels, and Shanghai.

### Associate Commissioner
FDA
January 2002 – December 2004 (3 years) | Washington, DC

Senior policy advisor to FDA Commissioner. Supervised FDA's Office of Public Affairs, Office of the Ombudsman, Office of Special Health Issues, Office of Executive Secretariat, and Advisory Committee Oversight and Management. He served on the agency's obesity working group and counterfeit drug taskforce.

### Managing Partner
Wired World Communications
July 1996 – February 2001 (4 years 8 months) | Indianapolis, Indiana Area

Wired World provides strategic public awareness for clients who are aggressively committed to an ambitious rise in profitability, visibility, and influence. Clients include Roche Diagnostics, Columbia Health Care System, Cardinal Health System, Novation, Golden Rule Insurance, Dynegy, CertainTeed, The Indiana Secretary of State, The United Way, Eaton Corporation, Mission Foods, The Indiana Pacers.

### Marketing Director
Hudson Institute
April 1994 – June 1996 (2 years 3 months) | Indianapolis, Indiana Area

Manage all global policy initiatives, government relations, public affairs, marketing/fundraising, publication and promotional activities for one of the nation's foremost public policy institutes. Develop and execute plans to maximize awareness of institute activities to government, media (traditional and internet-based), foundation community and private sector. Work with President and Trustees on development of policy initiatives and strategic planning. Headed project team for Health Care 2020 program.

### Marketing Director
The Washington Times
January 1991 – April 1994 (3 years 4 months) | Washington, DC

Direct all advertising sales support, research, circulation promotion/marketing and public affairs activities. Develop and execute television, radio, print and outdoor advertising strategy for both The Washington Times and Insight Magazine. Work with senior business and editorial management to develop strategies for short and long term growth, acquisitions and product development

### Marketing Director
New York Post
July 1989 – October 1990 (1 year 4 months) | New York City

**People Similar to Peter**



**Barbara DeBuono, MD, MPH**
Vice President, Market Development Group a…
Connect

Direct all marketing and sales service operations (promotions, research, merchandising, print and video presentations). Supervise consumer and trade advertising developed through outside advertising agencies. Speech writing for President and Publisher. Develop and implement marketing strategies to increase paid circulation and advertising revenue.

### Creative Director
McCall's Magazine
February 1988 – December 1989 (1 year 11 months)  |  New York City

Direct all marketing activities for McCall's advertising division. Responsible for developing special sections, direct marketing and value added programs and "Big Ideas."

### Associate Creative Director
Reader's Digest
January 1985 – December 1988 (4 years)  |  New York City

Develop and supervise the creation of advertising projects for domestic and international editions of Reader's Digest for major clients such as Seagram's Kodak, Bayer, Proctor & Gamble, and Prudential. Responsible for the creation and sales of over a dozen million-dollar ideas. Create category newsletters, direct mail programs, video presentations, brochures and sales materials.

### marketing
cable health network
1984 – 1986 (2 years)  |  New York City

Create sales, affiliate and corporate advertising/promotion materials. Develop media strategies for consumer and trade campaigns. Publicity writing.

---

 Honors & Awards

### FDA Commissoner's Commendation
Counterfeit Drug Task Force

### FDA Commissioner's Commendation
Obesity Working Group

---

 Projects

### Sample Publications
Sample Publications

• In Praise of a BRAT, Drug Information Journal, November 2012; vol. 46, 6: pp. 645-646.

• The Tao of Biosimilars, Drug Information Journal, July 2012; vol. 46, 4: pp. 393-396.

• Government Detailing, Drug Information Journal, May 2012; vol. 46, 3: pp. 286-291.

• PEEKABOO—ETASU!, Drug Information Journal, March 2012; vol. 46, 2: pp. 158-159.

• The Danger of... **more**

### IPF Guidance for Industry
October 2014

Senior Project Management.
Facilitate development of IPF Guidance for Industry, act as liaison between FDA, PFF, NIH, patient and caregivers, and additional collaborators. Facilitate development of working groups and moderate and host meetings on behalf of the PFF.
The goal of the guidance is to encourage the FDA and trial sponsors to engage patients and their families at all stages of trial... **more**

3 team members

**Peter Pitts**
Executive Partner at YourEncore

**Dolly Kervitsky**
Principal at PF Strategies

Gregory Cosgrove

## Languages

**French**

## Skills

Top Skills

| 85 | Public Affairs |
| 76 | Public Policy |
| 59 | Policy |
| 49 | Strategic Communications |
| 42 | Crisis Communications |
| 38 | Message Development |
| 29 | Healthcare |
| 27 | Media Relations |
| 26 | Strategy |
| 17 | Public Health |

Peter also knows about...

| 17 | Corporate Communications | 10 | International Relations | 9 | Public Relations |
| 9 | Pharmaceutical Industry | 8 | Government | 7 | Advertising | 4 | Speech Writing |

## Education

**McGill University**

**Recommendations**          Given (9)



**Shelly O'Donovan**
Manager, Federal and State Legislative Policy/Think Tank Engagement Lead, Public Policy Dept.

" Why is Shelly impressive? Many reasons -- but #1 on my list is that she always places her employer's corporate priorities in the context of what's best for the public health. She is able to do this because of her smart, savvy, and strategic understanding of healthcare policy in both the near and far term. She is a master of the art of the possible when it comes to

getting... **more**

January 20, 2015, Peter was with another company when working with Shelly at GSK



### Will Henderson, Jr.
Director, Public Relations & Marketing

❝ I was fortunate to have Will hire my company to execute his vision of a newly branded Cardinal Health System. His creativity and trust allowed us to team up and create a campaign that focused on the strengths of CHS as a world class community health organization. Will is quick with a compliment, subtle with his criticism and honest always. It's a special experience when a... **more**

January 30, 2014, Peter was with another company when working with Will at Indiana University Health Ball Memorial Hospital



### Mohamed Abdelhakim Farag
Technical Assistant- Assistant Programme Officer-NPO

❝ I have worked with Mohamed to educate a wide variety of senior Middle Eastern regulatory professionals on issues ranging from quality and safety to pharmacovigilance. His knowledge and ability to improve public health through clearly communicating global best practices is very impressive as are his interpersonal skills in doing so in a positive and politically astute... **more**

December 10, 2013, Peter was with another company when working with Mohamed at World Health Organization



### David Schraeder
Vice President

❝ David is that rare person who is a big thinker and a "detail guy." That combination of strategy + tactical implementation made smart things happen on the clients that we worked on together. He's also a really nice guy and a team player. He's a quick read and a tremendous asset to any organization he works for or with. I cannot recommend him highly enough.

October 1, 2013, Peter managed David indirectly at MSLGROUP



### Jacob Arfwedson
Director Paris Office & Senior Fellow

❝ Jacob is one of the most savvy thinkers in European healthcare issues that I know. In addition (and of equal import) he is able to use his knowledge and sharp analytic skills to use his knowledge to create real-world marketing strategies and solutions. This sets him above and apart from the usual policy person. He is a valuable asset to both governments and private industry.

October 21, 2011, Peter worked directly with Jacob at Center for Medicine in the Public Interest

See More

## Groups


**U.S. Department of H…**
150 members
Join


**Leadinghealthycom…**
785 members
Join


**U.S. Department of H…**
16,655 members
Join


**RUSSIAN PHARMAC…**
1,190 members
Join


**SCRIP Intelligence**
2,895 members
Join


**FDA and ex-FDA**
2,122 members
Join


**Vaccine Nation - Stra…**
1,938 members
Join

See 12 more

Following

## Influencers


**Richard Edelman**
President and CEO,...
Follow


**Ian C. Read**
Chairman of the...
Follow


**Christopher M. Schr…**
Internet/Media ...
Follow


**Risa Lavizzo-Mourey**
CEO at Robert Wood...
Follow


**Alan Murray**
Editor, Fortune...
Follow

## Companies


**clinivation, Inc.**
Information Technology and Services
Follow


**YourEncore**
Management Consulting
Follow


**Levine Media Group**
Media Production
Follow


**Adherent Health, LLC.**
Health, Wellness and Fitness
Follow


**European Parliament**
Political Organization
Follow

**LIQUENT, a PAREXE…**
Computer Software
Follow

## Schools


**McGill University**
Montreal, Canada Area
Follow

Help Center | About | Careers | Advertising | Talent Solutions | Sales Solutions | Small Business | Mobile | Language | Upgrade Your Account

LinkedIn Corporation © 2015 | User Agreement | Privacy Policy | Ad Choices | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback