Marc J. Randazza (California Bar No. 269535)
D. Gill Sperlein (California Bar No. 172887)
RANDAZZA LEGAL GROUP
345 Grove Street
San Francisco, CA 94102
Telephone: 415-404-6615
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Defendant,
*Ferrum Ferro Capital, LLC, Kevin Barnes*

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FERRUM FERRO CAPITAL, LLC; KEVIN BARNES,<br><br>Defendants. | Case No. 8:15-CV-00992-JAK-PLA<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SPECIAL MOTION TO STRIKE UNDER CALIFORNIA CIVIL PROCEDURE § 425.16** |

Defendants Ferrum Ferro Capital, LLC and Kevin Barnes respectfully request that the Court take Judicial notice of the following documents:

1. Attached as **Exhibit A** is a true and correct copy of *Allergan, Inc. v. Sandoz Inc.*, 726 F.3d 1286 (Fed. Cir. 2013).

- 1 -
Request for Judicial Notice

2. Attached as **Exhibit B** is a true and correct copy of *Allergan, Inc. v. Sandoz Inc.*, 818 F. Supp. 2d 974 (E.D. Tex. 2011) *aff'd in part, rev'd in part*, 726 F.3d 1286 (Fed. Cir. 2013).

The attachment is a matter of public record, and therefore is subject to judicial notice. *See MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986)(stating "On a motion to dismiss, we may take judicial notice of matters of public record outside the pleadings.")

Dated: August 10, 2015     Respectfully Submitted,
/s/ Marc J. Randazza
Marc J. Randazza, Esq.
California Bar No. 269535
D. Gill Sperlein, Esq.
California Bar No. 172887
Randazza Legal Group
345 Grove St
San Francisco, CA 94102

Attorneys for Defendants,
Ferrum Ferro Capital, LLC, and
Kevin Barnes

- 2 -
Request for Judicial Notice

Case No. 8:15-CV-00992-JAK-PLA

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

_____
Employee,
Randazza Legal Group