Michael A. Amon (SBN 226221)
amon@fr.com
FISH & RICHARDSON P.C.
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: (213) 533-4240
Fax: (877) 417-2378

Attorneys for Plaintiffs
ALLERGAN, INC. and ALLERGAN SALES, LLC
(Additional counsel listed on signature page)

Marc John Randazza (SBN 269535)
D. Gill Sperlein (SBN 172887)
dgs@randazza.com
Randazza Legal Group
345 Grove Street
San Francisco, CA  94102
Tel: (702) 420-2001
Fax: (305) 437-7662

Attorneys for Defendants
Ferrum Ferro Capital, LLC and Kevin Barnes
(Additional counsel listed on signature page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ALLERGAN, INC., ALLERGAN SALES, LLC,<br><br>           Plaintiffs,<br><br>     v.<br><br>FERRUM FERRO CAPITAL, LLC; KEVIN BARNES,<br><br>           Defendants. | Case No. SACV 15-00992 JAK (PLAx)<br><br>**JOINT SUBMISSION OF JUDGMENT**<br><br>Judge: Hon. John A. Kronstadt<br>Courtroom: 750 |

1  Pursuant to the Court's Order of December 28, 2015 (D.I. 67), Plaintiffs Allergan,
2  Inc. and Allergan Sales, LLC (collectively, "Allergan") and Defendants Ferrum Ferro
3  Capital, LLC ("FFC") and Kevin Barnes ("Barnes") (collectively "Defendants") jointly
4  submit a proposed judgment, attached as Exhibit A, for the Court's consideration and
5  entry in the above-titled case.

7  Dated:  January 8, 2016          Respectfully Submitted
                                     FISH & RICHARDSON P.C.

                                By:  /s/ *Michael A. Amon*
                                     Michael A. Amon (SBN 226221)
                                     amon@fr.com
                                     FISH & RICHARDSON P.C.
                                     555 West Fifth Street, 31st Floor
                                     Los Angeles, California 90013
                                     Tel:  (213) 533-4240/Fax: (877) 417-2378

                                     Jonathan Singer (SBN 187908)
                                     singer@fr.com
                                     FISH & RICHARDSON P.C.
                                     12390 El Camino Real
                                     San Diego, CA 92130
                                     Tel.: (858) 678-5070/ Fax: (858) 678-5099

                                     John M. Farrell (SBN 99649)
                                     farrell@fr.com
                                     FISH & RICHARDSON P.C.
                                     500 Arguello Street, Suite 500
                                     Redwood City, California  94063
                                     Tel:  (858) 678-5070/Fax:  (858) 678-5099

                                     William B. Mateja (*Pro Hac Vice*)
                                     mateja@fr.com
                                     FISH & RICHARDSON P.C.
                                     1717 Main Street, Suite 5000
                                     Dallas, Texas 75201
                                     Tel: (214) 747-5070/Fax: (214) 747-2091

                                     Susan M. Coletti (*Pro Hac Vice*)
                                     coletti@fr.com

|  |  |
|---|---|
| 1 | FISH & RICHARDSON P.C. |
| 2 | 222 Delaware Ave., 17th Floor |
|   | PO Box 1114 |
| 3 | Wilmington, Delaware 19801 |
|   | Tel: (302) 652-5070 |
| 4 |  |
| 5 | Attorneys for Plaintiff Allergan, Inc., and |
|   | Allergan Sales, LLC |
| 6 |  |

Dated:  January 8, 2016          Respectfully Submitted

By:   /s/ D. Gill Sperlein
    Marc John Randazza (SBN 269535)
    D. Gill Sperlein (SBN 172887)
    dgs@randazza.com
    Randazza Legal Group, PLLC
    3625 South Town Center Drive
    Las Vegas, Nevada 89135
    Tel: (702) 420-2001/Fax: (305) 437-7662

Attorneys for Defendants Ferrum Ferro Capital, LLC and Kevin Barnes

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 8, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.2.2. Any other counsel of record will be served by electronic mail and certified U.S. Mail.

         */s/ Michael A. Amon*
         Michael A. Amon (SBN 226221)